UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC - 8 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR676 HEA/NCC |
| v. ) | |
| ) | |
| QUINTON O'BRYAN ADAWAY, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about July 11, 2020 to July 13, 2020, in St. Louis County, within the Eastern District of Missouri, the defendant,

**QUINTON O'BRYAN ADAWAY,**

did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance, to M.C., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney